# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:04-cr-132-005 |
| v. ) | |
| ) | Judge Collier/Steger |
| TRACIE CHAMBERS ) | |

## MEMORANDUM AND ORDER

TRACIE CHAMBERS ("Defendant") came before the Court for an initial appearance on July 16, 2018, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Amended Petition for Warrant for Offender under Supervision ("Petition") [Doc. 191].

After being sworn in due form of law, Defendant was informed of her privilege against self-incrimination under the 5th Amendment and her right to counsel under the 6th Amendment to the United States Constitution.

The Court determined Defendant wanted to be represented by an attorney and that she qualified for the appointment of an attorney to represent her at government expense. Consequently, the Court APPOINTED Myrlene Marsa of Federal Defender Services of Eastern Tennessee Inc. to represent Defendant.

Defendant was furnished with a copy of the Petition, and had an opportunity to review that document with her attorney. The Court determined that Defendant was able to read and understand the Petition with the assistance of her counsel. In addition, AUSA Kyle Wilson explained to Defendant the specific charges contained in the Petition. Defendant acknowledged that she understood the charges in the Petition.

The Government moved Defendant be detained pending disposition of the Petition or further Order of this Court. The Court explained Defendant's right to a preliminary hearing and detention hearing and what those hearings entail. Defendant conferred with her counsel and waived the preliminary hearing and detention hearing.

The Court finds that probable cause exists to demonstrate that Defendant has committed violations of her conditions of supervised release, and that Defendant has not carried the burden of establishing by clear and convincing evidence that she will not flee or pose a danger to any other person or to the community. Consequently, the Court **GRANTED** the Government's oral motion to detain Defendant pending disposition of the Amended Petition for Warrant for Offender Under Supervision [Doc. 191] or further Order of this Court.

It is, therefore, **ORDERED** that:

1

1. Defendant's revocation hearing on the Petition shall take place before United States District Judge Curtis L. Collier contemporaneously with Defendant's trial date in **Case No. 4:18-cr-20**.

2. The government's motion that Defendant be **DETAINED** pending her revocation hearing is **GRANTED**.

**ENTER.**

/s/  *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE